**Nicholas L. Dazer, OSB #002403**
Email: nick@dazerlaw.com
NICHOLAS DAZER PC
12901 SE 97th Avenue, Suite 330
Clackamas, Oregon 97015
Telephone: (503) 953-1043

**Dunham Biles, TX Bar** (*pro hac vice*)
Email: dunham@bileswilson.com
BILES WILSON, PLLC
457 Laurence Drive, Ste. 195
Heath, Texas 75032
Telephone: (972) 345-2626

*Attorneys for Defendant Skopos Financial, LLC dba Reprise Financial*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL,<br><br>Defendant. | Case No.: 6:25-cv-00376-MC<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

TO: CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF OREGON, EUGENE DIVISION:

Defendant Skopos Financial, LLC dba Reprise Financial ("Reprise"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this

///

///



NICHOLAS DAZER PC
12901 SE 97th Avenue, Ste. 330
Clackamas, Oregon 97015
Telephone: (503) 953-1040
Facsimile: (503) 953-1039

Corporate Disclosure Statement and states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: April 4, 2025.

**NICHOLAS DAZER PC**

*/s/ Nicholas L. Dazer*
Nicholas L. Dazer, OSB No. 002403
E-mail: nick@dazerlaw.com

**BILES WILSON, PLLC**

Dunham Biles, TX Bar (*pro hac vice*)
E-mail: dunham@bileswilson.com

*Attorneys for Defendant Skopos Financial, LLC dba Reprise Financial*



NICHOLAS DAZER PC
12901 SE 97th Avenue, Ste. 330
Clackamas, Oregon 97015
Telephone: (503) 953-1040
Facsimile: (503) 953-1039