**Nicholas L. Dazer, OSB #002403**
Email: nick@dazerlaw.com
NICHOLAS DAZER PC
12901 SE 97th Avenue, Suite 330
Clackamas, Oregon 97015
Telephone: (503) 953-1043

**Dunham Biles, TX Bar** (*pro hac vice*)
Email: dunham@bileswilson.com
BILES WILSON, PLLC
457 Laurence Drive, Ste. 195
Heath, Texas 75032
Telephone: (972) 345-2626
**Attorneys for Defendant Skopos Financial, LLC dba Reprise Financial**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

CHET WILSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL,

Defendant.

Case No.: 6:25-cv-00376

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Jury Demand

Defendant Skopos Financial, LLC dba Reprise Financial ("Reprise") submits its Answer and Affirmative Defenses to the Class Action Complaint filed by Plaintiff Chet Wilson ("Plaintiff") as follows.

1. Reprise admits that Plaintiff's Complaint purports to seek redress including damages, costs, and fees pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, ("TCPA"). Reprise denies that Plaintiff is entitled to any relief from Reprise.

2. Reprise denies the allegations of this paragraph.

## PARTIES

3. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

4. Reprise admits it conducts business in the District of Oregon, and some other states, otherwise Reprise denies the allegations of this paragraph.

## JURISDICTION AND VENUE

5. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

6. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

7. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

## ALLEGATIONS OF FACT

8. Reprise denies the allegations of this paragraph.

9. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

10. Reprise admits that Plaintiff appears to quote *Barr v. Am. Ass'n of Political Consultants*, which speaks for itself, otherwise Reprise denies the allegations of this paragraph.

11. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

12. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

13. Reprise denies the allegations of this paragraph.

14. Reprise denies the allegations of this paragraph.

15. Reprise denies the allegations of this paragraph.

16. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

17. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

18. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

19. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

20. Reprise denies the allegations of this paragraph.

21. Reprise denies the allegations of this paragraph.

22. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

## CLASS ACTION ALLEGATIONS

23. Reprise denies the allegations of this paragraph.

24. Reprise denies the allegations of this paragraph.

25. Reprise denies the allegations of this paragraph.

26. Reprise denies the allegations of this paragraph.

27. Reprise denies the allegations of this paragraph.

28. Reprise denies the allegations of this paragraph.

29. Reprise denies the allegations of this paragraph.

**CAUSE OF ACTION**
**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227, *et seq.*)**
**(On Behalf of Plaintiff and the Class)**

30. Reprise incorporates each and every answer to the above paragraphs as though the same were set forth at length herein.

31. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

32. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

33. Reprise denies the allegations of this paragraph.

34. Reprise denies the allegations of this paragraph.

35. Reprise denies the allegations of this paragraph.

36. Reprise denies the allegations of this paragraph.

**DEFENSES AND OTHER MATTERS**

1. Plaintiff's claims are barred, in whole or part, because Plaintiff lacks standing to assert the claim he has asserted.

2. Plaintiff's claims are barred, in whole or part, because he fails to state a claim upon which relief may be granted.

3. Plaintiff's claims are barred, in whole or part, because Reprise has established and implemented, with due care, reasonable practices and procedures to effectively prevent violations of the TCPA.

4. Plaintiff's claims are barred, in whole or part, because Plaintiff has failed to mitigate his damages.

5. Plaintiff's claims are barred, in whole or part, by laches.

6. Plaintiff's claims are barred, in whole or part, because any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and/or third parties and resulted by Plaintiff's or third parties' own negligence, which equaled or exceeded any alleged negligence or wrongdoing by Reprise.

7. Reprise hereby reserves the right to amend its Answer and Affirmative Defenses, and reserves all defenses set out in Rule 8(c) of the Federal Rules of Civil Procedure, the Telephone Consumer Protection Act, and any other defenses that may now exist or in the future be available based on discovery or further factual investigation in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Skopos Financial, LLC dba Reprise Financial prays that Plaintiff take nothing by reason of his suit, that it be discharged and go hence with its costs, attorneys' fees, and for all such other and further relief, both general and special, at law and in equity, to which this Defendant shows itself to be justly entitled.

Dated: August 11, 2025.


**NICHOLAS DAZER PC**

*/s/ Nicholas L. Dazer*
Nicholas L. Dazer, OSB No. 002403
E-mail: nick@dazerlaw.com

**BILES WILSON, PLLC**

Dunham Biles, TX Bar (*pro hac vice*)
E-mail: dunham@bileswilson.com

**Attorneys for Defendant Skopos Financial, LLC dba Reprise Financial**