**Nicholas L. Dazer, OSB #002403**
Email: nick@dazerlaw.com
NICHOLAS DAZER PC
12901 SE 97th Avenue, Suite 330
Clackamas, Oregon 97015
Telephone: (503) 953-1043

**Dunham Biles, TX Bar** (*pro hac vice*)
Email: dunham@bileswilson.com
BILES WILSON, PLLC
457 Laurence Drive, Ste. 195
Heath, Texas 75032
Telephone: (972) 345-2626
**Attorneys for Defendant Skopos Financial, LLC dba Reprise Financial**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL,<br><br>Defendant. | Case No.: 6:25-cv-00376<br><br>**DEFENDANT'S FIRST AMENDED ANSWER**<br><br>Jury Demand |

Defendant Skopos Financial, LLC dba Reprise Financial ("Reprise") submits its Amended Answer to the Class Action Complaint filed by Plaintiff Chet Wilson ("Plaintiff") as follows.

1. Reprise admits that Plaintiff's Complaint purports to seek redress including damages, costs, and fees pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, ("TCPA"). Reprise denies that Plaintiff is entitled to any relief from Reprise.

2. Reprise denies the allegations of this paragraph.

## PARTIES

3. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

4. Reprise admits it conducts business in the District of Oregon, and some other states, otherwise Reprise denies the allegations of this paragraph.

## JURISDICTION AND VENUE

5. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

6. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

7. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

## ALLEGATIONS OF FACT

8. Reprise denies the allegations of this paragraph.

9. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

10. Reprise admits that Plaintiff appears to quote *Barr v. Am. Ass'n of Political Consultants*, which speaks for itself, otherwise Reprise denies the allegations of this paragraph.

11. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

12. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

13. Reprise denies the allegations of this paragraph.

14. Reprise denies the allegations of this paragraph.

15. Reprise denies the allegations of this paragraph.

16. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

17. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

18. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

19. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

20. Reprise denies the allegations of this paragraph.

21. Reprise denies the allegations of this paragraph.

22. Reprise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, therefore, denies the allegations.

## CLASS ACTION ALLEGATIONS

23. Reprise denies the allegations of this paragraph.

24. Reprise denies the allegations of this paragraph.

25. Reprise denies the allegations of this paragraph.

26. Reprise denies the allegations of this paragraph.

27. Reprise denies the allegations of this paragraph.

28. Reprise denies the allegations of this paragraph.

29. Reprise denies the allegations of this paragraph.

## <u>CAUSE OF ACTION</u>

**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227, *et seq.*)**
**(On Behalf of Plaintiff and the Class)**

30. Reprise incorporates each and every answer to the above paragraphs as though the same were set forth at length herein.

31. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

32. Reprise states that the allegations in this paragraph are legal conclusions to which no response is required and, therefore, denies the allegations.

33. Reprise denies the allegations of this paragraph.

34. Reprise denies the allegations of this paragraph.

35. Reprise denies the allegations of this paragraph.

36. Reprise denies the allegations of this paragraph.

WHEREFORE, PREMISES CONSIDERED, Defendant Skopos Financial, LLC dba Reprise Financial prays that Plaintiff take nothing by reason of his suit, that it be discharged and go hence with its costs, attorneys' fees, and for all such other and further relief, both general and special, at law and in equity, to which this Defendant shows itself to be justly entitled.

Dated: December 3, 2025.

**BILES WILSON, PLLC**

*/s/ C. Dunham Biles*

Dunham Biles, TX Bar (*pro hac vice*)
E-mail: dunham@bileswilson.com

**NICHOLAS DAZER PC**

Nicholas L. Dazer, OSB No. 002403
E-mail: nick@dazerlaw.com

**Attorneys for Defendant Skopos Financial, LLC dba Reprise Financial**