**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| **CHET WILSON**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL**,<br><br>        Defendant. | Case No. 6:25-cv-00376-MC |

## <u>JOINT CASE MANAGEMENT STATEMENT</u>

Plaintiff Chet Wilson ("Wilson" or "Plaintiff") and Defendant Skopos Financial, LLC

d/b/a Reprise Financial ("Reprise" or "Defendant") jointly submit this Case Management

Statement in advance of the Scheduling Conference set for April 8, 2026.

As the Court is aware, discovery in this case was previously limited to the merits of

Plaintiff's individual claim. (*See* Dkt. 26.)  The Court denied Defendant's Motion for Summary

Judgment on March 24, 2026. (Dkt. 37.)

At this point, the Parties request that the Court establish a schedule for completion of

class discovery and briefing of class certification.  To that end, and as contemplated by the dates

proposed below, the Parties propose that the Court grant a period of approximately (7) months

1

for the Parties to conduct class discovery. If expert testimony proves to be necessary for

certification purposes, such expert discovery will be conducted during the final two (2) months

of this period. At the close of this seven (7) month period, the Parties would brief class

certification. Following a ruling on class certification, the Parties propose that the Court hold a

subsequent case management conference to establish a schedule for the remainder of the case,

including deadlines for class notice if a class is certified, as well as dates for Plaintiff/the Class to

move for summary judgment, pre-trial conferences, and the trial.

A proposed schedule is as follows:

| Event | Proposed Deadlines |
| --- | --- |
| Deadline to Complete Discovery | November 9, 2026 |
| Plaintiff's Expert Disclosures Due | September 7, 2026 |
| Defendants' Expert Disclosures Due on any issue on which they bear the initial burden | September 28, 2026 |
| Rebuttal Expert Disclosures Due in response to Plaintiff's Experts and Defendant's Experts | October 12, 2026 |
| Motion for Class Certification to be Filed | November 23, 2026 |
| Opposition to Class Certification to be Filed | December 20, 2026 |
| Reply ISO Motion for Class Certification | January 8, 2027 |
| Deadline to file Notice Plan (if necessary) | 30 days after order granting certification |
| Subsequent Case Management Conference to schedule deadlines for class notice (if necessary), Plaintiff's Motion for Summary Judgment, pre-trial, and trial | To be set after a ruling on class certification and a review of any plan for class notice as necessitated by an order certifying one or more classes |

Dated:  April 6, 2026                      /s/ Patrick H. Peluso

                                          Neal Weingart, Esq.
                                          1001 SW Fifth Ave.
                                          Suite 1415
                                          Portland, Oregon 97204
                                          Tel: 503-379-9933
                                          Email: neal@nealweingartlaw.com

                                          Patrick H. Peluso*
                                          ppeluso@pelusolawfirm.com
                                          Peluso Law LLC
                                          865 Albion Street, Suite 250
                                          Denver, CO 80220
                                          Tel: (720) 805-2008

                                          *Attorneys for Plaintiff and the alleged Class*

                                          *Admitted Pro Hac Vice



Dated:  April 6, 2026                      */s/ Dunham Biles (with permission)*
                                          Nicholas L. Dazer, OSB No. 002403
                                          E-mail: nick@dazerlaw.com

                                          Dunham Biles, TX Bar (*pro hac vice*)
                                          E-mail:  dunham@bileswilson.com

                                          *Attorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on April 6, 2026.

/s/ Patrick H. Peluso