Neal Weingart, OSB No. 066551
820 SW 2nd Ave. Suite 200
Portland, Oregon 97204
(503) 379-9933 Telephone
1(888) 957-8392 Facsimile
neal@nealweingartlaw.com

*Attorneys for Plaintiff and the Alleged Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CHET WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL**,<br><br>Defendant. | Case No. 6:25-cv-00376<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

**MOTION**

Pursuant to ORS 9.380, UTCR 3.140, and ORPC 1.16(b), Neal Weingart (the "Undersigned Counsel") moves this Court for an order allowing immediate withdrawal as counsel for Plaintiff, Chet Wilson. This Motion is supported by the following memorandum and the Declaration of Neal Weingart filed herewith.

All further notices from this Court and from counsel for all other parties should be sent directly to Attorney Patrick Peluso.

1

### MEMORANDUM OF POINTS AND AUTHORITIES

ORS 9.380(1)(b) states that the relationship of attorney and client may be terminated "at any time, upon the order of the court, based on the application of the client or the attorney, for good and sufficient cause." Here, the withdrawal of undersigned counsel is pursuant to ORPC 1.16(b), and the reasons for withdrawal are protected by ORPC 1.6.

Good and sufficient cause exists for the Undersigned Counsel to immediately withdraw from this action, as described in the Declaration of Neal Weingart, filed concurrently with this Motion.

Counsel would like to bring to the court's attention the fact that while granting the withdrawal of undersigned counsel from this case would mean that Mr. Wilson does not have local counsel on this case, Mr. Wilson stands in a different position than many Plaintiffs.  Mr. Wilson has other cases in this District, and he is represented by an attorney licensed to practice in this District and in the State of Oregon, Andrew Perrong (OSB # 243320), and he is unlikely to suffer prejudice because he already has local counsel representing him on numerous cases of a similar nature.

This motion is made in good faith and not for the purpose of delay.

Dated: July 20, 2026

/s/ Neal Weingart
Neal Weingart
820 SW 2nd Ave. Suite 200
Portland, Oregon 97204
Tel: 503-379-9933
Email: neal@nealweingartlaw.com

Patrick H. Peluso
ppeluso@pelusolawfirm.com

2

**PELUSO LAW, LLC**
865 Albion Street, Suite 250
Denver, Colorado 80220
Telephone: (720) 805-2008

Attorneys for Plaintiff and the Alleged Class