Neal Weingart, OSB No. 066551
820 SW 2nd Ave. Suite 200
Portland, Oregon 97204
(503) 379-9933 Telephone
1(888) 957-8392 Facsimile
neal@nealweingartlaw.com

*Attorneys for Plaintiff and the Alleged Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **CHET WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL**,<br><br>Defendant. | Case No. 6:25-cv-00376<br><br>**DECLARATION OF NEAL WEINGART IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

I, Neal Weingart, make this Declaration under penalty of perjury:

1. I represent Plaintiff in the above-captioned case;

2. I am asking the Court to authorize my withdrawal as counsel for Plaintiff Chet Wilson;

3. Good and sufficient cause exists for my withdrawal as counsel, pursuant to Rule 1.16 of the Oregon Rules of Professional Conduct. This withdrawal is pursuant to ORPC 1.16(b). The reasons for withdrawal are protected by ORPC 1.6.

1

4. In order to preserve client confidentiality, undersigned counsel is available at the Court's convenience to provide additional *in camera* information regarding the good and sufficient cause for withdrawal.

5. This matter is currently set for a status conference on August 18, 2026.

6. This Motion is not brought for purposes of delay.

7. I have provided Chet Wilson with notice of this Motion and this Declaration.

8. I have provided pro hac vice counsel, Patrick Peluso, with notice of this Motion and this Declaration.

9. Mr. Wilson is represented in other cases by an attorney with a license to practice in the State of Oregon, Andrew Perrong (OSB # 243320) and the possibility of Mr. Wilson being prejudiced by the loss of his local counsel in this case is far less likely because of this fact.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated: July 20, 2026

/s/ Neal Weingart
Neal Weingart
820 SW 2nd Ave. Suite 200
Portland, Oregon 97204
Tel: 503-379-9933
Email: neal@nealweingartlaw.com

2